UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-03365
Danielle C Brown )
 )  Chapter: 13
 )  Honorable Janet S. Baer
 )  Kane
Debtor(s) )

## ORDER MODIFYING PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, and due notice having been given to all parties in interest,

IT IS SO ORDERED THAT:

1. The Debtor's plan is modified post-confirmation by increasing the plan payment to $466 a month, beginning February 2019 until the end of the plan, and by deferring the current trustee default to the end of the plan.

2. The plan base shall remain the same.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: January 18, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600