**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DANIELLE C BROWN** | ) | 18 B 03365 |
| | ) | |
| | ) | |
| Debtor(s) | ) | **Judge Janet S Baer** |

### *NOTICE OF OBJECTION*

Please take notice that the Glenn Stearns, Chapter 13 Trustee objects to the Debtor's motion to modify plan:

1) Debtors have failed to file an amended revised order to modify the plan.
2) The Debtor is required to make a good faith payment.

Glenn Stearns, Trustee;

/s/
By: Pamela L Peterson

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Rd., Suite 650
Lisle, IL 60532
630-981-3888